Kenneth K. Tanji, Jr., SBN 162273
Jen-Feng Lee, SBN 204328
**LT Pacific Law Group, LLP**
17800 Castleton Street, #560
City of Industry, CA 91748
T: 626-810-7200
F: 626-810-7300

Attorneys for Plaintiff
Action Star Enterprise, Co. Ltd.

FILED
2012 SEP 19 AM 10: 17
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY _____

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| Action Star Enterprise, Co. Ltd., a Taiwanese corporation;<br><br>Plaintiff,<br><br>vs.<br><br>KaiJet Technology International, Limited, a Georgia corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.<br><br>**CV12- 08074 ABC (MRWx)**<br><br>**COMPLAINT for**<br><br>1.  **Patent Infringement**<br>2.  **Unfair Competition** |

Come now Action Star Enterprise, Co. Ltd. ("Action Star" or "Plaintiff"), and for its Complaint as stated below:

---

Action Star's Complaint Against KaiJet

## JURISDICTION and VENUE

1. This court has jurisdiction of this action in that the claims arising under Title 35 of U.S. Codes (Patent Laws), 35 U.S.C. §101 et. seq.
2. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400.

## GENERAL ALLEGATIONS

3. Plaintiff Action Star is a Taiwanese corporation with its principle place of business in Taipei, Taiwan.
4. Action Star is in the electronic and computer-related business. Action Star develops its own technology and product line and, from time to time, invests in proper intellectual property ("IP") protection, by applying for patent application in jurisdictions, such as the United States of America.
5. Action Star is the assignee of all rights to United States Patent Number 8,099,535 ("535 Patent" or "Patent In Suit"). Said 535 Patent was filed on 8/20/2009, and was granted on 1/17/2012, entitled "Method for Converting a KVM System". A true and correct copy of Action Star's 535 Patent is attached herein as Exhibit A.
6. On information and belief, Defendant KaiJet Technology International Limited ("KaiJet"), dba "KaiJet" and "J5 Create"), is a corporation organized under the laws Georgia, with a principal place of business at 1000 Cobb International Drive, Suite F, Kennesaw, Georgia 30152.
7. On information and belief, Defendant KaiJet does computer related business, including peripherals, in many different states, including the Stat of California.
8. On information and belief, Defendant KaiJet sold many of its products to many retailers located in California and within this judicial district. Such retailers include Fry's Electronics and Wal-mart, and their stores in California, among others.
9. Since the grant of the 535 Patent, Action Star started to police the market for potential infringement of its 535 Patent, to protect its IP right.

---

10. Action Star found that KaiJet has committed patent infringement, by the activity of selling certain of its products that enabled and contributed to the infringement.
11. Action Star sent cease and desist letters to KaiJet, seeking to have KaiJet stop the further infringement action. KaiJet refused.
12. Plaintiff is unaware of the exact identities of other DOE defendants and respectfully request the court to allow Plaintiff to amend the Complaint, after proper chance of discovery is engaged and their identities can be ascertained.

### Count One: Patent Infringement

13. Plaintiff incorporates by reference herein each and every allegations as if fully set forth herein.
14. At all relevant times, KaiJet infringed upon the 535 Patent.
15. At all relevant times, KaiJet enabled and contributed to the infringement of the 535 Patent.
16. As a proximate result of the infringing acts complained herein, Plaintiff suffered economic harms and injuries.
17. Defendant KaiJet was put on notice of Plaintiff's exclusive rights but continued the infringement knowingly and willfully.
18. In additional to damages, Plaintiff will continue to suffer more harms unless Defendant KaiJet is enjoined by the Court's order.

### Count Two: Unfair Competition

19. Plaintiff incorporates by reference herein each and every allegations as if fully set forth herein.
20. On information and belief, Defendant KaiJet via false pretense and deceit, and via their wrongful acts complained herein, unfairly competed against Plaintiff's business of selling its own patent products.

21. As a proximate result of the infringing acts complained herein, Plaintiff suffered economic harms and injuries.
22. In additional to damages, Plaintiff will continue to suffer more harms unless Defendant KaiJet is enjoined by the Court's order.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demand judgment against Defendant KaiJet as set forth below.

1. Defendant KaiJet to be found liable for the infringing acts complained herein and to be discovered.
2. Defendant KaiJet to be ordered to pay compensatory damages to Plaintiff, and in an amount not lower than a reasonable royalty fee as stated under 35 USC 287.
3. Defendant to be found liable for their wrongful acts, and liable for Plaintiff's attorney fees and costs and to restore Plaintiff to its rightful position by just compensation.
4. Defendant to be assessed punitive damages for its deceitful and malicious acts that caused great harm to Plaintiff.
5. Such further relief as the court may deem just and proper.

Dated:   September 17, 2012

Respectfully Submitted,

Jen-Feng (Jeff) Lee
Kenneth K. Tanji, Jr.
Attorneys for Plaintiff

Action Star's Complaint Against KaiJet

## REQUEST FOR JURY TRIAL

Pursuant to Federal Rules of Civil Procedure 38(b) and Local Rules, Plaintiff Action Star Enterprise, Co. Ltd., hereby requests a trial by jury for all issues in this action.

Dated:     September 17, 2012

                                        LT Pacific Law Group

                                        Jen-Feng (Jeff) Lee
                                        Kenneth Tanji., Jr.
                                        Attorneys for PLAINTIFF

# EXHIBIT A

**EXHIBIT A**

US008099535B2

(12) **United States Patent**  (10) Patent No.: **US 8,099,535 B2**
Cheng  (45) Date of Patent: **Jan. 17, 2012**

(54) **METHOD FOR CONVERTING A KVM SYSTEM**

(75) Inventor: **Ching-Wei Cheng**, Keelung (TW)

(73) Assignee: **Action Star Enterprise, Co. Ltd.**, Taipei (TW)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 16 days.

(21) Appl. No.: **12/544,228**

(22) Filed: **Aug. 20, 2009**

(65) **Prior Publication Data**

US 2010/0064075 A1    Mar. 11, 2010

**Related U.S. Application Data**

(60) Provisional application No. 61/095,390, filed on Sep. 9, 2008.

(51) Int. Cl.
    G06F 13/12    (2006.01)
(52) U.S. Cl. .......................................... **710/62**; 710/73
(58) Field of Classification Search .............. 710/36–38, 710/51, 62, 63, 72–73; 345/157–158, 163, 345/167, 173
    See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 6,295,051 | B1 * | 9/2001 | Kanevsky et al. ............ | 345/163 |
| 6,708,228 | B1 * | 3/2004 | Meyers et al. ................. | 710/5 |
| 7,240,111 | B2 * | 7/2007 | VanHarlingen et al. ...... | 709/224 |
| 7,545,361 | B2 * | 6/2009 | Erickson ....................... | 345/156 |
| 2006/0146491 | A1 * | 7/2006 | Chen ............................. | 361/683 |
| 2007/0257883 | A1 * | 11/2007 | Ke ................................. | 345/157 |
| 2008/0307119 | A1 * | 12/2008 | Huang ........................... | 710/18 |
| 2009/0077282 | A1 * | 3/2009 | Hsueh ........................... | 710/63 |

* cited by examiner

Primary Examiner — Chun-Kuan Lee
Assistant Examiner — David Martinez

(57) **ABSTRACT**

A method for converting a KVM system comprising the steps of: (1) initializing a mouse device, at least two computer hosts, a keyboard, and at least two corresponding displaying device; (2) selecting which computer host and a corresponding displaying device are needed to be operated, then switching to the selected computer host and the corresponding displaying device by controlling a switch disposed on the mouse into a particular direction; (3) operating the selected computer host and the corresponding displaying device; (4) finishing the operation; (5) judging whether one of the computer hosts and another corresponding displaying device is needed to be operated, if yes, going to step (2), if no, going to next step; and (6) end.

**10 Claims, 2 Drawing Sheets**





Fig. 1



Fig. 2

US 8,099,535 B2

1

# METHOD FOR CONVERTING A KVM SYSTEM

## CROSS REFERENCE TO RELTED APPLICATIONS

This application claims priority from a U.S. Provisional Patent Application Ser. No. 61/095,390 filed Sep. 9, 2008, the entire content of which is incorporated herein by reference.

## BACKGROUND OF THE INVENTION

1. Field of the Invention

The present invention generally relates to a method for converting a keyboard/video/mouse (KVM) or a keyboard/mouse (KM) system, more particularly to a method which uses a switching and mouse device to interface in a KVM or KM system.

2. Description of the Prior Art

In the field of a prior KVM system, some basic devices are included. The devices are at least one converter, at least two computer hosts, a keyboard, at least two corresponding displaying device. Hence, while a user interfaces between the two computer hosts, the converter is the role of switching different operation frames of the computer hosts. So that the user must use the converter before changing the operation frames. Obviously, the procedures are complicate and lots of electrical lines should be connected to such devices. Therefore, a terrible mess happens due to the electric lines. For solving problems above, a keyboard/video/mouse (KVM) switch is a device that is generally connected to multiple computers in order to enable a single keyboard, video monitor and mouse to control each of the connected computers. In this way, a user may have access to multiple computers without having to invest in corresponding keyboards, monitors, and mice for each of the computers for reducing the electrical lines. Similarly, a keyboard/mouse (KM) switch can also reduce the electrical lines.

No matter the KVM switch or KM switch, there are two ways for switching the control right from one computer host to another. The first way is to activate a button disposed on the KVM/KM switch for hardware switching the control right; the second way is to move the cursor on the corresponding displaying device to a particular icon for software switching the control right. However, in the first way, users should move their sights to find the button disposed on the KVM/KM switch and activate it for hardware switching the control right. If users need to switch the control right frequently, it's not convenient for use. In the second way, the particular icon is too small to click accurately. Users may click on other icons adjacent to the particular icon because the cursor does not align on the particular icon.

It is desirable, therefore, to provide a method for converting KVM/KM system that has an intuitive user interface to allow for switching the control right of plurality computer hosts easily.

## SUMMARY OF THE INVENTION

The primary objective of the present invention is to provide a method for converting a KVM/KM system. The method is to use a mouse with a switching function in order to switch a KVM/KM system. That is, the whole steps for converting the KVM/KM system will be reduced, and the whole devices of the KVM/KM system will be reduced either, so that an operator will be easier to have conversions among the devices of the KVM system.

2

A method for converting a KVM system comprising the steps of: (1) initializing a mouse device, at least two computer hosts, a keyboard, and at least two corresponding displaying device; (2) selecting which computer host and a corresponding displaying device are needed to be operated, then switching to the selected computer host and the corresponding displaying device through the switching and mouse device by controlling a switch disposed on the mouse into a particular direction; (3) operating the selected computer host and the corresponding displaying device; (4) finishing the operation; (5) judging whether one of the computer hosts and another corresponding displaying device is needed to be operated, if yes, going to step (2), if no, going to next step; and (6) end.

Another method for converting a KM system comprising the steps of: (1) initializing a mouse device, at least two computer hosts, a keyboard, and a displaying device; (2) selecting which computer host is needed to be operated, then switching to the selected computer host through the switching and mouse device by controlling a switch disposed on the mouse into a particular direction; (3) operating the selected computer host; (4) finishing the operation; (5) judging whether one of the computer hosts is needed to be operated, if yes, going to step (2), if no, going to next step; and (6) end.

Other and further features, advantages and benefits of the invention will become apparent in the following description taken in conjunction with the following drawings. It is to be understood that the foregoing general description and following detailed description are exemplary and explanatory but are not to be restrictive of the invention. The accompanying drawings are incorporated in and constitute a part of this application and, together with the description, serve to explain the principles of the invention in general terms. Like numerals refer to like parts throughout the disclosure.

The details and technology of the present invention are described below with reference to the accompanying drawings:

## BRIEF DESCRIPTION OF THE DRAWINGS

The objects, spirits, and advantages of the preferred embodiments of the present invention will be readily understood by the accompanying drawings and detailed descriptions, wherein:

FIG. **1** illustrates a flow chart of the method for converting a KVM system of the present invention.

FIG. **2** illustrates a flow chart of the method for converting a KM system of the present invention.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENTS

With reference to FIG. **1**, which illustrates a flow chart of the method for converting a KVM system of the present invention. The method includes following steps: Initializing a switching and mouse device, at least two computer hosts, a keyboard, and at least two corresponding displaying devices (S**1**). Video signals from the two computer hosts will be displayed on the corresponding displaying devices, respectively. An operator can control one of the computer hosts from the switching and mouse device, the keyboard and the corresponding displaying device. The operator is then judging whether a computer host and a corresponding displaying device are needed to be operated, wherein the computer host and the corresponding displaying device are being connected to the switching and mouse device and the keyboard (S**2**). If one computer host and a corresponding displaying device are needed to be operated, the operator can continuously operate

3

the computer host and the corresponding displaying device. After finishing the operating, it goes to step (S11). If none of the computer hosts needed to be operated, then going to step (S10). The method will then judge whether a first computer host is needed to be operated (S4), if yes, going to step (S5), if no, going to step (S7). Step (S5) controls a switch disposed on the mouse into a first particular direction corresponding to the use of the first computer host, and the operator can operate the first computer host (S6), then going to step (S11). Step (S7) judges whether a second computer host is needed to be operated, if yes, going to step (S8), if no, going to step (S10). Step (S8) controls the switch disposed on the mouse into a second particular direction corresponding to the use of the second computer host, and the operator can operate the second computer host (S9), then going to step (S11). Step (S10) is to continue the steps of judging whether a third computer host, a fourth computer host, or other computer hosts, the steps being the same logic as the steps of (S4) to (S10), then going to step (S11). Step (S11) is to finish the operation. Step (S12) judges whether one of the computer hosts and another corresponding displaying device is needed to be operated, if yes, going to step (S4), if no, going to step (13). Step (S13) is the end.

Moreover, the switch disposed on the mouse is a scrolling ball, a scrolling reel or a scrolling plate for change the direction by the operator.

The operator can control the direction of the switch disposed on the mouse for controlling which computer host and corresponding displaying device will be controlled by the mouse and keyboard.

With reference to FIG. 2, which illustrates a flow chart of the method for converting a KM system of the present invention. The method includes following steps: Initializing a switching and mouse device, at least two computer hosts, a keyboard, and a displaying device (S20). Video signals from the two computer hosts will be displayed on the displaying device. An operator can control one of the computer hosts from the switching and mouse device, the keyboard and the displaying device. The operator is then judging whether a computer host is needed to be operated, wherein the computer host is being connected to the switching and mouse device, the keyboard and the displaying device (S21). If one computer host is needed to be operated, then continuously operating the computer host. After finishing the operating, it goes to step (S30). If none of the computer hosts needed to be operated, then going to step (S29). The method then will judge whether a first computer host is needed to be operated (S23), if yes, going to step (S24), if no, going to step (S26). Step (S24) controls a switch disposed on the mouse into a first particular direction corresponding to the use of the first computer host, and the operator can operate the first computer host (S25), then going to step (S30). Step (S26) judges whether a second computer host is needed to be operated, if yes, going to step (S27), if no, going to step (S29). Step (S27) controls the switch disposed on the mouse into a second particular direction corresponding to the use of the second computer host, and the operator can operate the second computer host (S28), then going to step (S30). Step (S30) is to continue the steps of judging whether a third computer host, a fourth computer host, or other computer hosts, the steps being the same logic as the steps of (S23) to (S29), then going to step (S30). Step (S30) is to finish the operation. Step (S31) judges whether one of the computer hosts is needed to be operated, if yes, going to step (S23), if no, going to step (32). Step (S32) is the end.

4

Moreover, the switch disposed on the mouse is a scrolling ball, a scrolling reel or a scrolling plate for change the direction by the operator.

The operator can control the direction of the switch disposed on the mouse for controlling which computer host will be controlled by the mouse, the keyboard and the displaying device.

The present invention discloses a concept of using a mouse with a switching function in order to switch a KVM system, which has a mouse device with a switch, at least two computer hosts, a keyboard, and at least two corresponding displaying device. It is to benefit a user who is operating the KVM system. The present invention further discloses a concept of using a mouse with a switching function in order to switch a KM system, which has a mouse device with a switch, at least two computer hosts, a keyboard, and a displaying device. It is also to benefit a user who is operating the KM system.

No matter a KVM system or a KM system, it is easy to change the direction disposed on the mouse for converting the control right of a plurality computer hosts. For an operator speaking, converting the control right of a plurality computer hosts will be no longer complicated or lousy.

Although this invention has been disclosed and illustrated with reference to particular embodiments, the principles involved are susceptible for use in numerous other embodiments that will be apparent to persons skilled in the art. This invention is, therefore, to be limited only as indicated by the scope of the appended claims.

What is claimed is:

1. A method for converting a KVM system comprising the steps of:
   (1) initializing a mouse device, at least two computer hosts, a keyboard, and at least two corresponding displaying devices;
   (2) selecting which computer host and a corresponding displaying device are needed to be operated, then switching to the selected computer host and the corresponding displaying device by controlling a switch disposed on the mouse into a particular direction; wherein step (2) further comprises the steps of:
      (2A) judging whether a first computer host is needed to be operated, if yes, going to step (2B), if no, going to step (2D);
      (2B) controlling the switch disposed on the mouse into a first direction corresponding to the use of the first computer host;
      (2C) operating the first computer host, then going to step (4);
      (2D) judging whether a second computer host is needed to be operated, if yes, going to step (2E), if no, going to step (2G);
      (2E) controlling the switch disposed on the mouse into a second direction corresponding to the use of the second computer host;
      (2F) operating the second computer host, then going to step (4); and
      (2G) continuing the steps of judging whether a third computer host, a fourth computer host, or other computer hosts, the steps being the same logic as the steps of (2A) to (2F), then going to step (4);
   (3) operating the selected computer host and the corresponding displaying device;
   (4) finishing the operation;
   (5) judging whether one of the computer hosts and another corresponding displaying device is needed to be operated, if yes, going to step (2), if no, going to next step; and
   (6) end.

Case 2:12-cv-08074-BRO-MRW   Document 1   Filed 09/19/12   Page 12 of 16   Page ID #:17

US 8,099,535 B2

5 6

2. The method for converting the KVM system according to claim **1**, wherein one step can be added between step (2) and step (3) and is that of:
- (1A) judging whether a computer host and a corresponding displaying device are needed to be operated, wherein the computer host and the corresponding displaying device are being connected to the mouse device and the keyboard, if yes, going to next step, if no, going to step (2); and
- (1B) continuously operating the computer host and the corresponding displaying device, and then going to step (4).

3. The method for converting the KVM system according to claim **1**, wherein the switch disposed on the mouse is a scrolling ball.

4. The method for converting the KVM system according to claim **1**, wherein the switch disposed on the mouse is a scrolling reel.

5. The method for converting the KVM system according to claim **1**, wherein the switch disposed on the mouse is a scrolling plate.

6. A method for converting a KM system comprising the steps of:
- (1) initializing a mouse device, at least two computer hosts, a keyboard, and a displaying device;
- (2) selecting which computer host is needed to be operated, then switching to the selected computer host by controlling a switch disposed on the mouse into a particular direction; wherein step (2) further comprises the steps of:
  - (2A) judging whether a first computer host is needed to be operated, if yes, going to step (2B), if no, going to step (2D);
  - (2B) controlling the switch disposed on the mouse into a first direction corresponding to the use of the first computer host;
  - (2C) operating the first computer host, then going to step (4);
  - (2D) judging whether a second computer host is needed to be operated, if yes, going to step (2E), if no, going to step (2G);
  - (2E) controlling the switch disposed on the mouse into a second direction corresponding to the use of the second computer host;
  - (2F) operating the second computer host, then going to step (4); and
  - (2G) continuing the steps of judging whether a third computer host, a fourth computer host, or other computer hosts, the steps being the same logic as the steps of (2A) to (2F), then going to step (4);
- (3) operating the selected computer host;
- (4) finishing the operation;
- (5) judging whether one of the computer hosts is needed to be operated, if yes, going to step (2), if no, going to next step; and
- (6) end.

7. The method for converting the KM system according to claim **6**, wherein one step can be added between step (2) and step (3) and is that of:
- (1A) judging whether a computer host is needed to be operated, wherein the computer host is being connected to the mouse device, the keyboard and the displaying device, if yes, going to next step, if no, going to step (2); and
- (1B) continuously operating the computer host, and then going to step (4).

8. The method for converting the KM system according to claim **6**, wherein the switch disposed on the mouse is a scrolling ball.

9. The method for converting the KM system according to claim **6**, wherein the switch disposed on the mouse is a scrolling reel.

10. The method for converting the KM system according to claim **6**, wherein the switch disposed on the mouse is a scrolling plate.

\* \* \* \* \*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY**

This case has been assigned to District Judge Audrey B. Collins and the assigned discovery Magistrate Judge is Michael Wilner.

The case number on all documents filed with the Court should read as follows:

```
CV12- 8074 ABC (MRWx)
```

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

**NOTICE TO COUNSEL**

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)     NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Name & Address:
Jen-Feng Lee (SBN: 204328)
LT Pacific Law Group LLP
17800 Castleton Street, # 560
City of Industry, CA 91748
Tel: 626-810-7200

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Action Star Enterprise, Co. Ltd., a Taiwanese corporation;<br><br>PLAINTIFF(S)<br>v.<br>KaiJet Technology International, Limlited, a Georgia corporation; and DOES 1 to 10, inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV12- 08074 ABC (MRWx)**<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __Jen-Feng Lee_____, whose address is __17800 Castleton Street, Suite 560, City of Industry, CA 91748_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _____9 2012_____     By: _____DODJIE LAGMA_____
                                        Deputy Clerk

                                        (Seal of the Court)


*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (10/11)                                SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

| | |
|---|---|
| **I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)<br>Action Star Enterprise, Co. Ltd., a Taiwanese corporation | **DEFENDANTS**<br>Kaijet Technology International, Limited, a Georgia corporation; and DOES 1 to 10, inclusive, |
| **(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br>Jen-Feng Lee (Tel: 626-810-7200)<br>LT Pacific Law Group, LLP<br>17800 Castleton Street, Suite 560, City of Industry, CA 91748 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☒ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☐ No  ☐ **MONEY DEMANDED IN COMPLAINT:** $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 740 Railway Labor Act |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | | | ☐ 620 Other Food & Drug | |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | | ☐ 820 Copyrights |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 830 Patent |
| | | | ☐ 443 Housing/Accommodations | | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | ☐ 440 Other Civil Rights | | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

**CV12- 08074 ABC (MRWx)**

FOR OFFICE USE ONLY:  Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET     Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ No   ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Taiwan R.O.C. |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  | Georgia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles |  |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____   Date September 17, 2012

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |