Yitai Hu (SBN 248085)
(yitai.hu@alston.com)
Ryan W. Koppelman (SBN 290704)
(ryan.koppelman@alston.com)
Tsai-Yu (April) Chen (SBN 264523)
(april.chen@alston.com)
H. James Abe (SBN 265534)
(james.abe@alston.com)
ALSTON & BIRD LLP
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:   650-838-2000
Facsimile:    650-838-2001

Attorneys for Defendant
KaiJet Technology International
Limited

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Action Star Enterprise, Co., Ltd.<br><br>    Plaintiff,<br><br>    v.<br><br>KaiJet Technology International, Limited, and DOES 1 to 10,<br><br>    Defendants. | Case No. 2:12-CV-08074-BRO-MRW<br><br>**NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BY DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL, LIMITED**<br><br>Date: March 31, 2014<br>Time: 1:30 p.m.<br>Judge: Honorable Beverly Reid O'Connell<br>Courtroom: 14<br><br>**DEMAND FOR JURY TRIAL** |

PLEASE TAKE NOTICE that on March 31, 2014, at 1:30 p.m., or as soon thereafter as this matter may be heard, in Courtroom 14, Spring St. Floor, 312 North Spring Street Los Angeles, CA 90012 of the Honorable Beverly Reid O'Connell of the United States District Court for the Central District of California, Defendant KaiJet Technology International, Limited. ("KaiJet"), will and hereby does move the Court under Fed. R. Civ. P. 56 for an order granting summary judgment on all claims asserted by Plaintiff Action Star Enterprise Co., Ltd. against KaiJet.

As detailed in the concurrently-filed Memorandum of Points and Authorities, this Motion is made on the grounds that: (1) Plaintiff has admitted that there is no direct infringement by the accused products; (2) Plaintiff has failed to offer any evidence supporting indirect infringement by the accused products; (3) Plaintiff has admitted the existence of substantial non-infringing uses of the accused products, which precludes a finding of contributory infringement; and (4) the asserted patent, U.S. Patent 8,099,535 ("the 535 patent"), is indefinite under 35 U.S.C. § 112. Defendant is accordingly entitled to a judgment holding that Defendant has committed no act of infringement and the 535 patent is invalid as indefinite under 35 U.S.C. § 112.

KaiJet makes this motion following the conference of counsel pursuant to Local Rule 7-3 which took place on February 7, 2014. Counsel for KaiJet conveyed, via email, the substance of this motion and potential resolution to Plaintiff's counsel more than seven (7) days prior to this filing. The Parties were unfortunately unable to reach a resolution without the Court's intervention. *See* Declaration of Ryan W. Koppelman, ¶¶19-20 & Ex. Q.

This Motion is based upon this Notice of Motion, the Memorandum of Points and Authorities, Statement of Uncontroverted Facts and Conclusions of Law, Declaration of Ryan W. Koppelman, Declaration of Steven Lyu, and Proposed Judgment filed concurrently herewith in support thereof, and exhibits attached thereto,

all pleadings filed, and upon such other matters and arguments as may be presented to the Court at the time of the hearing.

Dated:  February 14, 2014          Respectfully submitted,

ALSTON & BIRD LLP

By: */s/ Ryan W. Koppelman*
Ryan W. Koppelman
(ryan.koppelman@alston.com)
**ALSTON & BIRD LLP**
275 Middlefield Road, Suite 150
Menlo Park, CA 94025-4008
Telephone:   650-838-2000
Facsimile:   650-838-2001

*Attorneys for Defendant
KaiJet Technology International Limited*

#34589291

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this 14th day of February 2014.

                                                          */s/ Ryan W. Koppelman*
                                                          Ryan W. Koppelman

3