1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Action Star Enterprise Co., Ltd.<br><br>         Plaintiff,<br>v.<br><br>KaiJet Technology International Limited, and DOES 1 to 10,<br><br>         Defendants. | Case No. 2:12-CV-08074-BRO-MRW<br><br>**ORDER DISMISSING DEFENDANT KAIJET TECHNOLOGY INTERNATIONAL LIMITED'S COUNTERCLAIMS** |

1  On May 15, 2014, defendant KaiJet Technology International Limited ("KaiJet") and plaintiff Action Star Enterprise Co., Ltd. ("Action Star") submitted a joint stipulation to dismiss KaiJet's Counterclaims for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 8,099,535 without prejudice as moot in light of this Court's Order Granting Defendant's Motion for Summary Judgment. (Dkt. No. 69).

Pursuant to the parties' stipulation, and good cause appearing, it is hereby ORDERED that KaiJet's Counterclaims for Declaratory Judgment of Non-Infringement and Invalidity of U.S. Patent No. 8,099,535 are dismissed without prejudice.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE