1
2
3
4
5
6
7
8
9

10    **UNITED STATES DISTRICT COURT**
11    **CENTRAL DISTRICT OF CALIFORNIA**

12

| Action Star Enterprise, Co., Ltd. | Case No. 2:12-CV-08074-BRO-MRW |
|---|---|
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| KaiJet Technology International, Limited, and DOES 1 to 10, | |
| Defendants. | |

Pursuant to and for the reasons stated in this Court's order dated April 18, 2014 [Dkt. No. 69], in which the Court granted Defendant KaiJet Technology International, Limited's ("Defendant") Motion for Summary Judgment, the Court HEREBY ORDERS, ADJUDGES, AND DECREES as follows:

(1) The Court enters judgment in favor of Defendant on all of Plaintiff's claims of indirect infringement of the patent-in-suit, U.S. Patent No. 8,099,535 ("the 535 Patent"), and those claims are therefore dismissed with prejudice;

(2) By separate order, the Court has dismissed without prejudice, pursuant to the parties' stipulation, Defendant's counterclaims for declaratory judgment of non-infringement and invalidity of the 535 Patent as moot;

(3) This is therefore a final judgment disposing of all claims asserted by or against all parties; and,

(4) Defendant shall recover from Plaintiff its costs of suit.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE