1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Action Star Enterprise, Co., Ltd.<br><br>　　　　　Plaintiff,<br>v.<br><br>KaiJet Technology International, Limited, and DOES 1 to 10,<br><br>　　　　　Defendants. | Case No. 2:12-CV-08074-BRO-MRW<br><br>**JUDGMENT FOR ATTORNEYS' FEES** |

1  On April 18, 2014, this Court granted summary judgment in favor of KaiJet
2 Technology International, Limited  as to Plaintiff Action Star Enterprise Co., Ltd.'s
3 entire action.

4  On July 7, 2014, this Court awarded Defendant KaiJet Technology
5 International, Limited  $365,444.75 in attorneys' fees against Plaintiff Action Star
6 Enterprise Co., Ltd.

7  IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

8  Judgment for attorneys' fees in the amount of $365,444.75 is entered in favor
9 of Defendant KaiJet Technology International, Limited and against Plaintiff Action
10 Star Enterprise Co., Ltd.

SIGNED on this 11th  day of July 2014

_____
Honorable Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE

|    |    |
|---:|----|
| 1  | **<u>CERTIFICATE OF SERVICE</u>** |
| 2  | I HEREBY CERTIFY that all counsel of record who are deemed to have |
| 3  | consented to electronic service are being served with a copy of this document via |
| 4  | the Court's CM/ECF system this ___ day of July 2014. |
| 5  |    |
| 6  |                                   */s/ Ryan W. Koppelman*<br>                                  Ryan W. Koppelman |
| 7  |    |
| 8  |    |
| 9  |    |
| 10 |    |
| 11 |    |
| 12 |    |
| 13 |    |
| 14 |    |
| 15 |    |
| 16 |    |
| 17 |    |
| 18 |    |
| 19 |    |
| 20 |    |
| 21 |    |
| 22 |    |
| 23 |    |
| 24 |    |
| 25 |    |
| 26 |    |
| 27 |    |
| 28 |    |