1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Action Star Enterprise, Co., Ltd. | Case No. 2:12-CV-08074-BRO-MRW |
| Plaintiff, | **JUDGMENT FOR ATTORNEYS' FEES** |
| v. | |
| KaiJet Technology International, Limited, and DOES 1 to 10, | |
| Defendants. | |

On June 24, 2015, this Court awarded Defendant KaiJet Technology International, Limited ("Defendant") $119,855.50 in attorneys' fees Defendant incurred in defending against Plaintiff Action Star Enterprise Co., Ltd.'s ("Plaintiff") appeal to the United States Court of Appeals for the Federal Circuit. (D.I. 134).

IT IS HEREBY ORDERED ADJUDGED AND DECREED THAT:

Judgment for attorneys' fees in the amount of $119,855.50 is entered in favor of Defendant and against Plaintiff.

SIGNED on this 15th day of July, 2015

_____
Honorable Beverly Reid O'Connell
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system this ___ day of June 2015.

                                                     */s/ Ryan W. Koppelman*
                                                   Ryan W. Koppelman